# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IVAN MATTHEWS, | 1:08-cv-01691-DLB HC |
| Petitioner, | ORDER AUTHORIZING IN FORMA PAUPERIS STATUS |
| v. | |
| SUSAN FISHER, et. al., | |
| Respondent. | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Pursuant to 28 U.S.C. § 1915, petitioner is hereby AUTHORIZED to proceed *in forma pauperis*.

IT IS SO ORDERED.

Dated:   **November 12, 2008**                    **/s/ Dennis L. Beck**
UNITED STATES MAGISTRATE JUDGE

1