# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IVAN MATTHEWS,<br><br>    Petitioner,<br><br>    v.<br><br>SUSAN FISHER, et. al.,<br><br>    Respondent. | 1:08-cv-01691-OWW-DLB HC<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATION, DISMISSING PETITION FOR WRIT OF HABEAS CORPUS WITHOUT PREJUDICE AND DIRECTING CLERK OF COURT TO TERMINATE ACTION<br><br>[Doc. 23] |

    Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

    On February 13, 2009, the Magistrate Judge issued Findings and Recommendation that the Respondent's Motion to Dismiss be DENIED on the ground the petition is untimely, but GRANTED on the ground that the instant petition is unexhausted in violation of § 2254(b)(1)(A). This Findings and Recommendation was served on all parties and contained notice that any objections were to be filed within thirty (30) days of the date of service of the order.

    On February 4, 2009, Petitioner filed timely objections to the Findings and Recommendation.[1] (Court Doc. 25.)

---

[1] Subsequent to the issuance of the Findings and Recommendation, Petitioner filed a surreply to Respondent's reply to his objections on February 20, 2009. (Court Doc. 24.) However, neither the Federal Rules of Civil Procedure nor the Local Rules provides the right to file a surreply, and because Petitioner did not request and was not granted permission to file such surreply, it will not be considered by the Court.

1

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, including Petitioner's objections, the Court concludes that the Magistrate Judge's Findings and Recommendation is supported by the record and proper analysis. Petitioner's objections present no grounds for questioning the Magistrate Judge's analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendation issued February 13, 2009, is ADOPTED IN FULL;
2. Respondent's Motion to Dismiss is DENIED on the ground the petition is untimely and GRANTED on the ground the petition is unexhausted;
3. The Petition for Writ of Habeas Corpus is DISMISSED without prejudice; and,
4. The Clerk of the Court is DIRECTED to close this action.

IT IS SO ORDERED.

**Dated:  March 26, 2009**                /s/ Oliver W. Wanger
                                                             UNITED STATES DISTRICT JUDGE